Order modified by striking out the third affirmative defense as to both causes of action (see
 
 Boll
 
 v.
 
 Sharp & Dohme,
 
 281 App. Div. 568, affd. 307 N. Y. 646;
 
 Thompson-Starrett Co.
 
 v.
 
 Otis Elevator Co.,
 
 271 N. Y. 36, 41;
 
 Walters
 
 v.
 
 Rao Elec. Equipment Co.,
 
 289 N. Y. 57) and, as so modified, affirmed, without costs. Question certified answered in the negative. No opinion.
 

 Concur: Chief Judge Conway and Judges Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke.